IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS                                                                          PETITIONER

VS.                           CASE NO. 5:07CV00138 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                                     RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Petitioner's claims under 28 U.S.C. § 2254 be, and they are hereby dismissed.  This case will proceed as a complaint challenging Petitioner/Plaintiff's conditions of confinement and the Clerk will make the necessary corrections to reflect this change.

IT IS FURTHER ORDERED that Petitioner/Plaintiff amend his complaint within thirty (30) days to name as defendants the specific persons he contends violated his constitutional rights and to state specifically what each person did.  The court will examine the amended complaint and determine whether it should direct service.

SO ORDERED this 24th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE