IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS                                                      PETITIONER

vs.                  Civil Case No. 5:07CV00138 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

Pursuant to Petitioner's Motion to Dismiss, this petition is hereby dismissed with prejudice.

SO ORDERED this 17th day of September, 2007.

_____
United States District Judge